[No. 70167-3-I. Division One. August 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC LEE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04603-1, Mary Yu, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 70262-9-I. Division One. August 4, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. BRANDON WILLIAM DENNIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06325-3, Mariane C. Spearman, J., entered March 26, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Trickey, JJ.

[No. 70322-6-I. Division One. August 4, 2014.]

ADAM ZACKS ET AL., *Appellants*, v. ARDEN DRYWALL & TEXTURE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-07660-0, Ken Schubert, J., entered April 12, 2013. *Reversed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ.

[No. 70564-4-I. Division One. August 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN CHAD STUM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00765-1, Anita L. Farris, J., entered June 25, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Appelwick, J.